UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 04-cr-228-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. VALIOLLAH RAOUFI,

      Defendant.
_____

## MINUTE ORDER
_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      A Notice of Disposition was filed in the above matter on May 18, 2011.  A Change of Plea hearing is set for **Wednesday, August 17, 2011 at 9:00 a.m.  Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than <u>72 HOURS</u> before the hearing date.**  If the documents are not timely submitted, the hearing will be **VACATED**.  **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

      Dated:  May 19, 2011